IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.___**09-20516**

KATHRYN D. HEPBURN,

    Plaintiff,

v.

BELLSOUTH TELECOMMUNICATIONS, INC.,

    Defendant.

**CIV-MARTINEZ**

MAGISTRATE JUDGE
BROWN

FILED by _____ D.C.

MAR - 2 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

NOTICE OF REMOVAL

Defendant BellSouth Telecommunications, Inc. ("BST") files this Notice of

Removal of this civil action from the Eleventh Judicial Circuit in and for Miami-Dade

County, Florida, in which it is now pending, to the United States District Court for the

Southern District of Florida, and shows this Honorable Court the following:

1.      Plaintiff filed this action, numbered on the docket of the Circuit Court as

Case No. 09-09713CA11, in the Circuit Court of Eleventh Judicial Circuit in and for

Miami-Dade County on February 6, 2009, and it is now pending therein.

2.      Defendant is filing this Notice of Removal within thirty (30) days of receipt

by the Defendant of a copy of the Summons and Complaint, and this Notice of Removal is

timely filed under 28 U.S.C. § 1446(b).  Defendant BST received the Complaint via

process server on February 10, 2009.

3.      Attached hereto as Exhibit A is a copy of the Summons and Complaint, which constitutes all pleadings, processes, and orders received by Defendant BST in this action.

4.      In the Complaint, Plaintiff alleges that she has not received disability benefits to which she is entitled.  BST is a participating company in an employee welfare benefit plan within the meaning of the Employee Retirement Income Security Act ("ERISA") that provides disability benefits to eligible employees who are unable to work because of sickness or injury.  Consequently, Plaintiff's claim for denial of disability benefits arises under Section 502(a)(1)(B) of ERISA.

5.      The District Courts of the United States are given original jurisdiction over civil actions under ERISA pursuant to 28 U.S.C. § 1331 without respect to the amount in controversy or the citizenship of the parties.  Therefore, this action may be removed to the United States District Court for the Southern District of Florida, pursuant to the provisions of 28 U.S.C. § 1441(a).

6.      Written notice of the filing of this Notice of Removal will be provided to Plaintiff Kathryn D. Hepburn, the only adverse party, as provided by 28 U.S.C. § 1446(d). A copy of the Notice of Filing Notice of Removal is attached as Exhibit B.

7.      A duplicate copy of this Notice of Removal will be filed with Clerk of Circuit Court of Eleventh Judicial Circuit in and for Miami-Dade County, Florida pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant BST prays that this action be removed to this Court.

2

This 2nd day of March, 2009.

Respectfully submitted,

Manuel A. Gurdian
Trial Counsel
Florida Bar No.  162825
Attorney for Defendant AT&T Florida
AT&T Florida Legal Department
150 W. Flagler Street, Suite 1910
Miami, FL 33130
Telephone:  (305) 347-5561
Facsimile:  (305) 577-4491
Email:  manuel.gurdian@att.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served upon counsel for Plaintiff a copy of the

foregoing Defendant's Notice of Removal by depositing same in the United States Mail,

with adequate postage thereon to ensure delivery via first-class mail, addressed as follows:

> Scott M. Behren
> Behren & Associates
> 2853 Executive park Drive, Suite 103
> Weston, FL 33331
> scott@behrenlaw.com

This 2nd day of March, 2009.

_____
ATTORNEY FOR DEFENDANT

# Exhibit A

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.

09-09713 CA 11

KATHRYN D. HEPBURN,

    Plaintiff,

vs.

BELLSOUTH TELECOMMUNICATIONS, INC.

    Defendant.

_____/

## CIVIL ACTION SUMMONS
### (En Espanol)  (Francais)

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this Summons and a copy of the Complaint of this lawsuit on Third-Party Defendant,

BELLSOUTH TELECOMMUNICATIONS, INC.
By Serving Its Registered Agent:
CT Corporation System
1200 S. Pine Island Road
Plantation, FL 33324

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

    If you chose to file a written response yourself, at the same time you file your written response to the Court, located at:

Dade County Courthouse
Clerk of the Court
73 W. Flagler Street
Miami, Florida 33130

you must also mail or take a copy of your written responses to the "Defendant/Defendant's Attorney" named below.

FEB 0 6 2009

WITNESS my hand and the seal of this Court on this ___ day of _____
2009.

HARVEY RUVIN
As Clerk of the Court

WILLIAM S. PENA

By:_____
As Deputy Clerk

Defendant's Attorney:
Scott M. Behren, Esq.
Behren & Associates
2853 Executive Park Drive
Suite 103
Weston, Florida 33331
Telephone: (954) 636-3802
scott@behrenlaw.com

2

Usted ha sido demandado legalmente. Tiene viente (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Attorney's for Plaintiff." (Demandante o Abogado de Demandante).

---

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des partis nommes ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, san aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assitance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou experdier une copie au carbone ou une photocopie de votre response ecrite a "Attorneys for Plaintiff" (Plaignant ou a son avocat nomme ci-dessous.)

3

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO. 09-09713 CA 11

KATHRYN D. HEPBURN,

    Plaintiff,

vs.

BELLSOUTH TELECOMMUNICATIONS, INC.

    Defendant.

_____/

THE ORIGINAL FILED ON FEB 06 2009 IN THE OFFICE OF CIRCUIT COURT DADE CO. CIVIL DIVISION

## COMPLAINT FOR DAMAGES

Plaintiff, Kathryn D. Hepburn ("Hepburn"), sues Defendant, Bellsouth Telecommunications, Inc. ("Bellsouth") and states as follows:

### Jurisdiction

1. This is an action for damages which exceeds $15,000.00 but is less than $75,000., exclusive of attorneys' fees, interest and costs.

2. Venue is proper in Miami-Dade County, Florida since the Defendant does business in Miami Dade County and all of the claims accrued in Miami-Dade County.

### The Parties/Participants

3. Plaintiff is an individual who previously resided at 701 NW 210th Street, Apt 119, Miami, FL 331269 and is *sui juris*.

4. Defendant, Bellsouth is a corporation doing business in Miami-Dade County, Florida.

### General Allegations

5. Hepburn was an employee of Bellsouth.

6. As part of her employment, Hepburn was provided with disability insurance evidenced by a written contract which Plaintiff does not have, but Plaintiff believes that Defendant has a copy.

7. Bellsouth has refused and failed to provide any short term disability coverage to Hepburn even though they approved her for long term disability benefits in August 2006.

8. All conditions precedent to the filing of this action have occurred or have been waived.

9. Hepburn has retained the undersigned law firm to represent it in this action and has agreed to pay it a reasonable fee for its services.

### Count I - Breach of Written Contract

Hepburn reavers and realleges paragraphs 1 through 9 as if fully set forth herein and further alleges:

10. Hepburn and Bellsouth entered into disability insurance policy contracts.

11. Hepburn furnished personal services and/or made premium payments for said policy.

12. Bellsouth breached the Agreement with Hepburn by failing to pay disability payments to Hepburn.

13. By virtue of the Bellsouth breach of the Agreement, Hepburn has suffered damages in excess of $15,000.00.

WHEREFORE, Hepburn demands judgment against BellSouth for d amages, interest, court costs, attorneys' fees, and for any and all other and further relief this Court deems just and proper under the circumstances.

2

## Demand for Jury Trial

Plaintiff demands a trial by jury of all issues so triable.

Behren & Associates
2853 Executive Park Drive, STE 103
Weston, Florida 33331
Telephone: (954) 636-3802
Facsimile: (954) 636-2153
scott@behrenlaw.com
www.behrenlaw.com

By:_____

      Scott M. Behren
      Florida Bar No. 987786

3

# Exhibit B

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO. 09-09713CA11

KATHRYN D. HEPBURN,

     Plaintiff,

v.

BELLSOUTH
TELECOMMUNICATIONS, INC.

     Defendant.

_____/

## NOTICE OF FILING NOTICE OF REMOVAL

TO:   Harvey Ruvin                  Scott M. Behren, Esq.
       Dade County Courthouse       Behren & Associates
       73 W. Flagler Street          2853 Executive Park Drive, Suite 103
       Miami, FL 33130             Weston, FL 33331

PLEASE TAKE NOTICE that the Defendant in this action has filed the attached Notice of

Removal with the United States District Court for the Southern District of Florida, this 2nd day of

March, 2009.

Respectfully submitted,

Manuel A. Gurdian
Trial Counsel
Florida Bar No. 162825
Attorney for Defendant AT&T Florida
AT&T Florida Legal Department
150 W. Flagler Street, Suite 1910
Miami, FL 33130
Telephone: (305) 347-5561
Facsimile: (305) 577-4491
Email: manuel.gurdian@att.com

ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that I have this day served upon counsel for Plaintiff a copy of the foregoing Notice of Filing Notice of Removal by depositing same in the United States Mail, with adequate postage thereon to ensure delivery via first-class mail, addressed as follows:

Scott M. Behren
Behren & Associates
2853 Executive park Drive, Suite 103
Weston, FL 33331
scott@behrenlaw.com

This 2nd day of March, 2009.

ATTORNEY FOR DEFENDANT

2

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Kathryn D. Hepburn | BellSouth Telecommunications, Inc. |

**(b)** County of Residence of First Listed Plaintiff   Miami-Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Scott M. Behren, Esq.
2853 Executive Park Drive, Suite 103, Weston, FL 33331
(954) 636-3802

Attorneys (If Known)
Manuel A. Gurdian, 150 W. Flagler St., Miami, FL 33130
(305) 347-5561

FILED by D.C.
MAR - 2 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

**(d)** Check County Where Action Arose: ✓ MIAMI- DADE   ☐ MONROE   ☐ BROWARD   ☐ PALM BEACH   ☐ MARTIN   ☐ ST. LUCIE   ☐ INDIAN RIVER   ☐ OKEECHOBEE HIGHLANDS

| II. BASIS OF JURISDICTION (Place an "X" in One Box Only) | III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only) | | | | |
|---|---|---|---|---|---|
| | | PTF | DEF | | PTF DEF |
| ☐ 1 U.S. Government Plaintiff | ✓ 3 Federal Question (U.S. Government Not a Party) | Citizen of This State ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 ☐ 4 |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 ☐ 5 |
| | | Citizen or Subject of a Foreign Country ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 ☐ 6 |

Dade 09CV 20516 - Martinez/Brown

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ✗ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding   ✓ 2 Removed from State Court   ☐ 3 Re-filed- (see VI below)   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).**   (See instructions second page):
a) Re-filed Case ☐ YES ✓ NO      b) Related Cases ☐ YES ✓ NO
JUDGE _____   DOCKET NUMBER _____

**VII. CAUSE OF ACTION**   Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

Plaintiff's claim for denial of disability benefits arises under Section 502(a)(1)(B) of ERISA

LENGTH OF TRIAL via _2_ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE   SIGNATURE OF ATTORNEY OF RECORD   DATE  3/2/09

FOR OFFICE USE ONLY
AMOUNT  $350.00   RECEIPT # 996055   IFP

03/02/09